JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA LOPEZ, | Case No.: CV 10-1391 DSF (PJWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| L&G MORTGAGEBANC, MTC FINANCIAL, and DOES 1 to 10, inclusive, | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice.

Dated: 7/22/10

_____
Dale S. Fischer
United States District Judge